IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JASON RAMON JORDAN, | ) | |
| Plaintiff, | ) | Civil Action No. 7:16cv00228 |
| | ) | |
| v. | ) | |
| | ) | |
| VIRGINIA DEPARTMENT | ) | |
| CORRECTIONS, *et al.*, | ) | By: Elizabeth K. Dillon |
| Defendants. | ) | United States District Judge |

**FINAL ORDER**

In accordance with the memorandum opinion entered this day, it is hereby ORDERED that the defendants' motion to dismiss (Dkt. No. 27) and motions for summary judgment (Dkt. Nos. 39 and 48) are GRANTED; all claims are DISMISSED WITH PREJUDICE, except those claims against defendants Thornton and Stewart, which are DISMISSED WITHOUT PREJUDICE; and this action is STRICKEN from the active docket of the court.

The clerk shall provide a copy of this order and the memorandum opinion to all counsel of record and to Mr. Jordan.

Entered: September 18, 2017.

*/s/ Elizabeth K. Dillon*
Elizabeth K. Dillon
United States District Judge